| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>PICINICH & McCLURE, ESQS.<br>201 W. Passaic Street, Suite 204<br>Rochelle Park, NJ 07662<br>201-820-4595<br>William R. McClure, Esq. WRM (4434)<br>*Attorneys for Adversary Plaintiffs, Richard Clark, Leslie Clark, Albert Spagnuolo, Sandra Spagnuolo & John Anselmo* | |
| In Re:<br><br>FRED J. MEYERS and ELIZABETH MEYERS,<br><br>Debtors | Case No.: 09-37551<br><br>Chapter 7 |
| RICHARD CLARK, LESLIE CLARK, ALBERT SPAGNUOLO, SANDRA SPAGNUOLO & JOHN ANSELMO<br><br>Plaintiffs,<br>v.<br><br>FRED J. MEYERS and ELIZABETH MEYERS,<br><br>Defendants. | Adv. No.: 10-01041<br><br>Judge: Hon. Donald H. Steckroth |

## ANSWER TO COUNTERCLAIM OF ELIZABETH MEYERS

Plaintiffs, RICHARD CLARK and LESLIE CLARK (hereinafter "the Clark plaintiffs") having an address of 310 Boulevard, Glen Rock, New Jersey, by way of Answer to the Counterclaim of the Defendant ELIZABETH MEYERS respectfully state as follows:

1. The Clark plaintiffs admit that the defendants filed a voluntary petition under Chapter 7 of the Bankruptcy Code on or about October 19, 2009.

2. The Clark plaintiffs deny the allegations in paragraphs "2" of the Counterclaim.

3. The Clark plaintiffs deny the allegations in paragraphs "3" of the Counterclaim.

4. The Clark plaintiffs deny the allegations in paragraphs "4" of the Counterclaim.

5. The Clark plaintiffs admit paragraph "5" of the Counterclaim.

6. The Clark plaintiffs deny the allegations of paragraph "6" of the Counterclaim.

7. The Clark plaintiffs admit the allegation of paragraph "7" of the Counterclaim that this is a "core" proceeding.

WHEREFORE, plaintiffs RICHARD CLARK and LESLIE CLARK demand judgment against defendant ELIZABETH MEYERS dismissing the Counterclaim, with costs and attorney's fees.

                                        PICINICH & McCLURE
                                        **Attorneys for Plaintiffs**

                            **BY:** /s/ William R. McClure
                                  **WILLIAM R. McCLURE (WM4434)**

**Dated: October 19, 2010**